| | |
|---|---|
| 1 | FRANCIS TORRENCE (SBN 154653) |
|   | AUDRIE LEE (SBN 252749) |
| 2 | PECKAR & ABRAMSON, P.C. |
|   | 455 Market Street, 21st Floor |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 837-1968 |
| 4 | Facsimile: (415) 837-1320 |

E-filing

FILED
2008 JAN 11  AM 11: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Defendants TANEJA GROUP, INC. and ARUN TANEJA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD O'NEILL,

   Plaintiffs,

vs.

TANEJA GROUP, INC.; ARUN TANEJA,

   Defendants.

Case No. C-08-00202 BZ

**DEFENDANTS, TANEJA GROUP, INC. AND ARUN TANEJA'S DISCLOSURE STATEMENT OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Defendants, TANEJA GROUP, INC. and ARUN TANEJA hereby submit the following Disclosure Statement Of Corporate Affiliations and Financial Interest pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. Defendants make this disclosure based upon information that is currently known and reasonably available to Defendants at this time. Defendants reserve the right to supplement this disclosure in the event that further responsive information comes to light in the course of ongoing investigation and discovery.

There is no parent corporation of TANEJA GROUP, INC. or any publicly held corporation owning 10% or more of TANEJA GROUP, INC.'s stock.

Dated: January 11, 2008                        PECKAR & ABRAMSON, P.C.

By: _____
FRANCIS TORRENCE (SBN 154653)
Attorney for Defendants TANEJA GROUP, INC. and ARUN TANEJA

1

DEFENDANTS, TANEJA GROUP, INC. AND ARUN TANEJA'S DISCLOSURE STATEMENT OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

LAW OFFICES
Peckar & Abramson
A Professional Corporation