ORIGINAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  MICHAEL A. SANDS (CSB NO. 178788)
   msands@fenwick.com
2  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200
6
7  Attorneys for Plaintiff
   BRAD O'NEILL

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                SAN FRANCISCO DIVISION
11

12  BRAD O'NEILL,                        Case No. C08-00202 BZ

13            Plaintiff,                 **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**
14       v.

15  TANEJA GROUP, INC.; ARUN TANEJA,

16            Defendants.

17

18       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19       The undersigned party hereby declines to consent to the assignment of this case to a

20  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

21  this case to a United States District Judge.

22  Dated: January 17, 2008                    FENWICK & WEST LLP

23

24                                             By: /s/ Michael A. Sands
                                                   MICHAEL A. SANDS
25
                                               Attorneys for Plaintiff
26                                             BRAD O'NEILL

27

28

REQ. FOR REASSIGNMENT                                              CASE NO. C08-00202 BZ

## CERTIFICATE OF SERVICE

The undersigned declares that: I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to this action. My business address is Silicon Valley Center, 801 California Street, Mountain View, CA 94041.

On the date set forth below, I served the attached document entitled DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE on the parties in the subject action by placing true copies thereof as indicated below, addressed as follows:

> Framcis Torrence, Esq.
> Audrie Lee
> Peckar & Abramson, P.C.
> 455 Market Street
> 21st Floor
> San Francisco, CA 94105
> Telephone: (415) 837-1968
> Facsimile: (415) 837-1320

☒ **U.S. MAIL**: I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the ordinary course of business. The envelope(s) bearing the address(es) above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

☐ **BY PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS**: I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error.

☐ **BY ELECTRONIC MAIL**: I caused such document(s) to be delivered by electronic mail to the addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: January 17, 2008

*Melissa R. Behen* (signature)

Melissa R. Behen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

REQ. FOR REASSIGNMENT                         CASE NO. C08-00202 BZ