1  MICHAEL A. SANDS (CSB NO. 178788)
   msands@fenwick.com
2  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
6
   Attorneys for Plaintiff
7  BRAD O'NEILL

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | BRAD O'NEILL,                        | Case No.  C08-00202 BZ
13 |                   Plaintiff,         | **PROOFS OF SERVICE FOR MATTER REMOVED TO UNITED STATES DISTRICT COURT**
14 |         v.                           |
15 | TANEJA GROUP, INC.; ARUN TANEJA,     |
16 |                   Defendants.        |
17

18         Attached hereto as Exhibits A and B respectively are the following documents:

19         **Exhibit A** – Proof of Service of Summons on Defendant Taneja Group, Inc. for state

20  action *Brad O'Neill v. Taneja Group, Inc. et al.,* Alameda County Superior Court Case No. VG-

21  07-355080.

22         **Exhibit B** – Proof of Service of Summons on Defendant Arun Taneja for state action

23  *Brad O'Neill v. Taneja Group, Inc. et al.,* Alameda County Superior Court Case No. VG-07-

24  355080.

25  / / /

26  / / /

27  / / /

28  / / /

PROOF OF SERVICE RE SUMMONS                                         CASE NO. C08-00202 BZ

1  The Alameda County Superior Court action was removed to United States District Court
2  on January 11, 2008.
3
4  Dated: January 23, 2008                FENWICK & WEST LLP
5
                                          By: /S/ MARY WANG
6                                              MARY WANG
7                                         Attorneys for Plaintiff
                                          BRAD O'NEILL
8
9  26328/00401/LIT/1279223.1

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael A. Sands, Esq. (CSB No. 178788)<br>Mary Wang (CSB No. 234636)<br>FENWICK & WEST, LLP<br>801 California Street<br>Mountain View, CA 94041<br>TELEPHONE NO.: (650) 988-8500   FAX NO. (Optional): 650-938-5200<br>E-MAIL ADDRESS (Optional): msands@fenwick.com; mwang@fenwick.com<br>ATTORNEY FOR (Name): Plaintiff, BRAD O'NEILL | ENDORSED<br>FILED<br>ALAMEDA COUNTY<br>JAN 2 2 2008<br>CLERK OF THE SUPERIOR COURT<br>By Cecilia Anchundo, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 5672 Stoneridge Drive<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Pleasanton, CA 94544<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BRAD O'NEILL | CASE NUMBER: |
| DEFENDANT/RESPONDENT: TANEJA GROUP, INC.; ARUN TANEJA | VG-07-355080<br>ASSIGNED FOR ALL PURPOSES TO |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: JUDGE DAVID HUNTER<br>DEPARTMENT 520 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Notice of Case Management Conference and Order; Notice of Judicial Assignment for All Purposes
3. a. Party served *(specify name of party as shown on documents served)*: Taneja Group, Inc.

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Arun Taneja, President

4. Address where the party was served: 812 Wedgewood Drive, Hopkinton, Massachusetts

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: December 24, 2007   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: BRAD O'NILL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TANEJA GROUP, INC.; ARUN TANEJA | VG-07-355080 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date):                          (2) from (city):

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☒ **by other means** *(specify means of service and authorizing code section):* Under Massachusetts Rules of Civil Procedure 4d(2) by delivering a copy of the summons and of the complaint to an officer, to a managing or general agent, or to the person in charge of the business.

    ☒ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                         ☐ other:

7. **Person who served papers**
  a. Name: James M. Desrosiers
  b. Address: DHR & Associates, 46 Second Street, Suite 1, Cambridge, MA 02141
  c. Telephone number: (617) 868-6733
  d. The fee for service was: $ 0.00
  e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
        (i) ☐ owner  ☐ employee  ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 17, 2008

James M. Desrosiers                                ▶ /s/ James M. Desrosiers
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

# RETURN OF SERVICE

## Taneja Group, Inc. c/o Arun Taneja

**December 14, 2007**

I hereby certify and return that on this day, I served the within SUMMONS**, upon the within named defendant, by leaving true and attested copies at the last and usual place of abode. Said service was made at 812 Wedgewood Drive, Hopkinton, MA. And afterward on the same day I mailed via U.S. Postal Service 1st Class Mail a copy of same to the above stated address.

Dated:  December 14, 2007          _James M Derraciee_
                                    **Constable**

**Also served on defendant: Notice of Judicial Assignment for All Purposes; Verified Complaint for Declaratory Relief, Defamation and Unfair Competition; Verification; Notice of Case Management Conference and Order.**

# RETURN OF SERVICE

## Taneja Group, Inc. c/o Arun Taneja

**December 24, 2007**

I hereby certify and return that on this day, I served the within SUMMONS**, upon the within named defendant, by handing true and attested copies to Arun Taneja, IN HAND. Said service was made at 812 Wedgewood Drive, Hopkinton, MA.

Dated: December 24, 2007     _James M Derwicis_
                              Constable

**Also served on defendant: Notice of Judicial Assignment for All Purposes; Verified Complaint for Declaratory Relief, Defamation and Unfair Competition; Verification; Notice of Case Management Conference and Order.**

# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael A. Sands, Esq. (CSB No. 178788)<br>Mary Wang (CSB No. 234636)<br>FENWICK & WEST, LLP<br>801 California Street<br>Mountain View, CA 94041<br>TELEPHONE NO.: (650) 988-8500   FAX NO. (Optional): 650-938-5200<br>E-MAIL ADDRESS (Optional): msands@fenwick.com<br>ATTORNEY FOR (Name): Plaintiff, BRAD O'NEILL | **ENDORSED FILED**<br>ALAMEDA COUNTY<br>JAN 2 2 2008<br>CLERK OF THE SUPERIOR COURT<br>By Cecilia Anchundo, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 5672 Stoneridge Drive<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Pleasanton, CA 94544<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BRAD O'NEILL | CASE NUMBER: |
| DEFENDANT/RESPONDENT: TANEJA GROUP, INC.; ARUN TANEJA | VG-07-355080<br>ASSIGNED FOR ALL PURPOSES TO |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: JUDGE DAVID HUNTER<br>DEPARTMENT 520 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Notice of Case Management Conference and Order; Notice of Judicial Assignment for All Purposes

3. a. Party served *(specify name of party as shown on documents served):* Arun Taneja

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 812 Wedgewood Drive, Hopkinton, Massachusetts

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal Solutions Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: BRAD O'H | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TANEJA GROUP, INC.; ARUN TANEJA | VG-07-355080 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☒ **by other means** *(specify means of service and authorizing code section):* Under Massachusetts Rules of Civil Procedure 4d(1) service was completed by leaving copies thereof at his last and usual place of abode.

    ☒ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                                                   ☐ other:

7. **Person who served papers**
  a. Name: James M. Desrosiers
  b. Address: DHR & Associates, 46 Second Street, Suite 1, Cambridge, MA 02141
  c. Telephone number: (617) 868-6733
  d. The fee for service was: $ 0.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
        (i) ☐ owner    ☐ employee    ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 17, 2008

James M. Desrosiers
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)
Constable

▶ *James M. Desrosiers*
(SIGNATURE)

# RETURN OF SERVICE

## Arun Taneja

**December 14, 2007**

I hereby certify and return that on this day, I served the within SUMMONS**,
upon the within named defendant, by leaving true and attested copies at the last and
usual place of abode. Said service was made at 812 Wedgewood Drive, Hopkinton,
MA. And afterward on the same day I mailed via U.S. Postal Service 1st Class Mail
a copy of same to the above stated address.

Dated: December 14, 2007        _James M Desrosier_
                                **Constable**

**Also served on defendant: Notice of Judicial Assignment for All Purposes;
Verified Complaint for Declaratory Relief, Defamation and Unfair Competition;
Verification; Notice of Case Management Conference and Order.**