ORIGINAL
FILED

08 PM 1: 08

WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  FRANCIS TORRENCE        (SBN 154653)
   AUDRIE LEE              (SBN 252749)
2  PECKAR & ABRAMSON, P.C.
   455 Market Street, 21st Floor
3  San Francisco, California 94105
   Telephone:    (415) 837-1968
4  Facsimile:    (415) 837-1320

5  Attorney for Defendants TANEJA GROUP, INC. and ARUN TANEJA

6

7

8

                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
10

11 | BRAD O'NEILL,                          | Case No.  C-08-00202-BZ

                 Plaintiffs,                **PROOF OF SERVICE**
12
   vs.
13
   TANEJA GROUP, INC.; ARUN TANEJA,
14
                 Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

51182.01

1
PROOF OF SERVICE

Case No.
C-08-00202-BZ

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On January 14, 2008, I served the within documents:

**NOTICE OF FILING AND SERVICE:NOTICE OF FILING IN SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA NOTICE OF REMOVAL**
**[28 U.S.C.S. § 1446(d)]**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as follows:

> Michael A. Sands
> Mary Wang
> FENWICK AND WEST LLP
> Silicon Valley Center
> 801 California Street
> Mountain View, CA 94041
> *Attorneys for Plaintiff, Brad O'Neill*

☐    by arranging for personal delivery through a delivery service by providing the service with a sealed envelope fully addressed as set forth below:

☐    Said document was electronically served through the Court's CM/ECF system to the e-mail addresses on file with the Court in this matter.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, services is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made..

Executed on January 14, 2008, at San Francisco, California.

Marissa Y. Otellini
_____        _____
Printed Name                              Signature Line

PROOF OF SERVICE

Case No.
C-08-00202-BZ

LAW OFFICES
**Peckar & Abramson**
A Professional Corporation

51182.01