1  FRANCIS TORRENCE    (SBN 154653)
   AUDRIE LEE          (SBN 252749)
2  PECKAR & ABRAMSON, P.C.
   455 Market Street, 21st Floor
3  San Francisco, California 94105
   Telephone:   (415) 837-1968
4  Facsimile:   (415) 837-1320

ORIGINAL FILED
'08 JAN 18 PM 1:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Defendants TANEJA GROUP, INC. and ARUN TANEJA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| BRAD O'NEILL,<br><br>            Plaintiffs,<br>vs.<br><br>TANEJA GROUP, INC.; ARUN TANEJA,<br><br>            Defendants. | Case No. C-08-00202-BZ<br><br>**PROOF OF SERVICE** |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

51182.01

1
PROOF OF SERVICE

Case No.
C-08-00202-BZ

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On January 11, 2008, I served the within documents:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (STANDING ORDERS);**

2. **U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT;**

3. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; and**

4. **GUIDELINES (IN ADDITION TO LOCAL RULES).**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as follows:

> Michael A. Sands
> Mary Wang
> FENWICK AND WEST LLP
> Silicon Valley Center
> 801 California Street
> Mountain View, CA 94041
> *Attorneys for Plaintiff, Brad O'Neill*

☐ by arranging for personal delivery through a delivery service by providing the service with a sealed envelope fully addressed as set forth below:

☐ Said document was electronically served through the Court's CM/ECF system to the e-mail addresses on file with the Court in this matter.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, services is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made..

Executed on January 11, 2008, at San Francisco, California.

| Marissa Y. Otellini | *[signature]* |
|---|---|
| Printed Name | Signature Line |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

51182.01

2
PROOF OF SERVICE

Case No.
C-08-00202-BZ