**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  BRAD O'NEILL,                                    No. C 08-00202 CRB
12         Plaintiff,                                **Clerk's Notice**
13     v.
14  TANEJA GROUP, INC.,
15         Defendant.
                                              /
16
17  YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18  Friday, May 9, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case management scheduling order shall remain the same.
19
20  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.
21
22
23  Dated: January 24, 2008                          FOR THE COURT,

                                                     Richard W. Wieking, Clerk
24                                                   By: _____
25                                                      Barbara Espinoza
                                                        Courtroom Deputy
26
27
28