MICHAEL A. SANDS (CSB NO. 178788)
msands@fenwick.com
MARY WANG (CSB NO. 234636)
mwang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
BRAD O'NEILL

FRANCIS TORRENCE (CSB NO. 154653)
ftorrence@pecklaw.com
AUDRIE LEE (CSB NO. 252749)
alee@pecklaw.com
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone:  (415) 837-1968
Facsimile:   (415) 837-1320

Attorneys for Defendants
TANEJA GROUP, INC. and ARUN TANEJA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAD O'NEILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TANEJA GROUP, INC.; ARUN TANEJA,<br><br>　　　　　Defendants. | Case No.:  CV 08-00202 CRB<br><br>**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**[F.R.C.P. 41(a)(1)(ii)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Brad O'Neill and

Defendants Taneja Group, Inc. and Arun Taneja, by and through their respective counsel of

record, hereby stipulate and agree that the above entitled action be and hereby is dismissed in its

1  entirety WITH PREJUDICE, each party to bear his or its own respective costs, expenses, and
2  attorneys fees.

3  Dated:  February 25, 2008                FENWICK & WEST LLP

5                                           By:             /s/
                                                      MICHAEL A. SANDS

7                                           Attorneys for Plaintiff
                                            BRAD O'NEILL

9  Dated:  February 25, 2008                PECKAR & ABRAMSON, P.C.

11                                          By:             /s/
                                                      FRANCIS TORRENCE

12                                          Attorneys for Defendants
                                            TANEJA GROUP, INC. and ARUN TANEJA

**GENERAL ORDER 45 ATTESTATION**

Pursuant to General Order 45, Section X.B., I hereby attest that I have obtained concurrence in the efiling of this document from the above signatory, Francis Torrence.

Dated:  February 25, 2008                   FENWICK & WEST LLP

                                            By:             /s/
                                                      MICHAEL A. SANDS

                                            Attorneys for Plaintiff
                                            BRAD O'NEILL

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED:_____          _____
                                Honorable Charles R. Breyer
                                United States District Judge