1   MICHAEL A. SANDS (CSB NO. 178788)
msands@fenwick.com

2   MARY WANG (CSB NO. 234636)
mwang@fenwick.com

3   FENWICK & WEST LLP
Silicon Valley Center

4   801 California Street
Mountain View, CA  94041

5   Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

6

Attorneys for Plaintiff

7   BRAD O'NEILL

8   FRANCIS TORRENCE (CSB NO. 154653)
ftorrence@pecklaw.com

9   AUDRIE LEE (CSB NO. 252749)
alee@pecklaw.com

10   PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor

11   San Francisco, CA 94105
Telephone:  (415) 837-1968

12   Facsimile:   (415) 837-1320

13   Attorneys for Defendants
TANEJA GROUP, INC. and ARUN TANEJA

14

15                UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19   BRAD O'NEILL,              Case No.:  CV 08-00202 CRB

20          Plaintiff,       **STIPULATED VOLUNTARY DISMISSAL
WITH PREJUDICE AND [PROPOSED]**

21      v.                 **ORDER**

22   TANEJA GROUP, INC.; ARUN TANEJA,   **[F.R.C.P. 41(a)(1)(ii)]**

23        Defendants.

24

25        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Brad O'Neill and

26   Defendants Taneja Group, Inc. and Arun Taneja, by and through their respective counsel of

27   record, hereby stipulate and agree that the above entitled action be and hereby is dismissed in its

28

1

1   entirety WITH PREJUDICE, each party to bear his or its own respective costs, expenses, and

2   attorneys fees.

3   Dated:  February 25, 2008                    FENWICK & WEST LLP

4

5                                                By:_____/s/_____
                                                        MICHAEL A. SANDS
6
                                                 Attorneys for Plaintiff
7                                                BRAD O'NEILL

8

9   Dated:  February 25, 2008                    PECKAR & ABRAMSON, P.C.

10

11                                               By:_____/s/_____
                                                        FRANCIS TORRENCE
12
                                                 Attorneys for Defendants
13                                               TANEJA GROUP, INC. and ARUN TANEJA

14                  **GENERAL ORDER 45 ATTESTATION**

15          Pursuant to General Order 45, Section X.B., I hereby attest that I have obtained

16  concurrence in the efiling of this document from the above signatory, Francis Torrence.

17  Dated:  February 25, 2008                    FENWICK & WEST LLP

18

19                                               By:_____/s/_____
                                                        MICHAEL A. SANDS
20
                                                 Attorneys for Plaintiff
21                                               BRAD O'NEILL

22

23                              **ORDER**

24          PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

25

26  DATED:_ February 25, 2008            _____

27                                        Honorable Charles R. Breyer
                                          United States District Judge
28

                                    2

IT IS SO ORDERED

Judge Charles R. Breyer